No. 54280.—Gallagher & Ascher Co. *v.* United States, protests 113515–K/61, etc. (Chicago).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of unsweetened cocoa similar in all material respects to that the subject of *Gallagher & Ascher Co.* v. *United States* (24 Cust. Ct. 1, C. D. 1199), the claim of the plaintiff was sustained.